AO 450 (Rev. 5/85) Judgment in a Civil Case



# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, Health & Welfare Fund by its trustees, etc. | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | Case: CV 04-00667SOM-BMK |
| V. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

June 30, 2005

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

H N J 2, Inc., dba Elima Engeneering, a
Hawaii corporation, et. Al.

Defendant(s).

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the "Findings and Recommendation to Enter Default Judgment and Award Damages Against Defendant H N J 2, Inc. Dba Elima Engineering" signed by Magistrate Judge Barry M. Kurren and filed on June 3 ,2005 and pursuant to the "Order Adopting Magistrate's Findings and Recommendation" signed by Judge Susan O. Mollway and filed on June 22, 2005, that Default Judgment is entered in favor of Plaintiffs Trustees of the Hawaii Carpenters Trust Funds and against Defendant for the recovery of damages in the amount of Forty Four Thousand Three Dollars and 78/100 ($44,003.78), inclusive of liquidated damages with additional per diem interest of $11.41 from November 1, 2004, until satisfaction of judgment, and attorneys' fees in the amount of $3,016.99, and costs in the amount of $339.09 to date, with an additional amount of attorneys' fees totaling $415.00, plus general excise tax of $17.29 for the drafting of the motion for default, attendance at the hearing for the motion for default and finalization of the order and judgment thereafter from the Defendant, without prejudice to the Trust Funds to seek other and further damages from the Defendant arising from unaudited hours worked by Defendant's employees bother before and after November 15, 2003.

| | |
|---|---|
| June 30, 2005 | SUE BEITIA |
| Date | Clerk |

EXHIBIT "_1_"

(By) Deputy Clerk