IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100, <br><br> Defendants. <br><br> and <br><br> BANK OF HAWAII, a Hawaii corporation, FIRST HAWAIIAN BANK, a Hawaii corporation, AMERICAN SAVINGS BANK, a Hawaii corporation, CENTRAL PACIFIC BANK, a Hawaii corporation, and HAWAII NATIONAL BANCSHARES, INC., dba HAWAII NATIONAL BANK, a Hawaii corporation, <br><br> Garnishees. | CIVIL NO. 04-00667 SOM BMK <br><br> ORDER |

132998.1

<u>ORDER</u>

Good cause appearing, the foregoing *Ex Parte* Motion is granted and it is ordered that Garnishee Summons issue according to law directed to Garnishees BANK OF HAWAII, FIRST HAWAIIAN BANK, AMERICAN SAVINGS BANK, CENTRAL PACIFIC BANK, and HAWAII NATIONAL BANCSHARES, INC., dba HAWAII NATIONAL BANK, all Hawaii corporations.

DATED: Honolulu, Hawaii, _____3 . 2 . 2006_____.

_____

JUDGE OF THE ABOVE-ENTITLED COURT

---

*HAWAII CARPENTERS TRUST FUNDS ETC, Plaintiffs, vs. Defendant H N J 2, INC., dba ELIMA ENGINEERING and BANK OF HAWAII, FIRST HAWAIIAN BANK, AMERICAN SAVINGS BANK, CENTRAL PACIFIC BANK, and HAWAII NATIONAL BANCSHARES, INC., dba HAWAII NATIONAL BANK, Garnishees*; United States District Court, District of Hawaii.; Civil No. 04-00667 SOM BMK; **ORDER**