IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, etc., et al., <br><br>    Plaintiffs,<br> vs.<br><br>H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100,<br><br>    Defendants.<br><br> and<br><br>BANK OF HAWAII, a Hawaii corporation, FIRST HAWAIIAN BANK, a Hawaii corporation, AMERICAN SAVINGS BANK, a Hawaii corporation, CENTRAL PACIFIC BANK, a Hawaii corporation, and HAWAII NATIONAL BANCSHARES, INC., dba HAWAII NATIONAL BANK, a Hawaii corporation,<br><br>    Garnishees. | CIVIL NO. 04-00667 SOM BMK<br><br>GARNISHEE SUMMONS; EXHIBIT "A" |

132998.1

## GARNISHEE SUMMONS

TO: ANY OFFICER IN HAWAII AUTHORIZED TO MAKE SERVICE

You are commanded to leave a true and attested copy of this Summons and Order with the above-named Garnishees at the following addresses:

    TO:    BANK OF HAWAII
                a Hawaii corporation
                c/o Terry T. Sasamura
                130 Merchant Street, 22nd Floor CC#232
                Honolulu, HI 96813

                FIRST HAWAIIAN BANK
                a Hawaii corporation
                c/o Asst. Secretary, Legal Dept.
                Bankwest Corporation
                999 Bishop Street. 8th Floor
                Honolulu, HI 96813

                CENTRAL PACIFIC BANK
                c/o Glenn K.C. Ching
                220 S. King St., 3rd Floor
                Honolulu, HI 96813

                AMERICAN SAVINGS BANK
                Attn: Legal/Garnishment Section
                915 Fort Street Mall, 2nd Floor
                Honolulu, HI 96813

                HAWAII NATIONAL BANCSHARES, INC.,
                dba HAWAII NATIONAL BANK
                Attn: Sally Kam
                45 North King Street, 7th Floor
                Honolulu, Hi 96817

You, as garnishee, are hereby SUMMONED and required to appear personally before the Honorable Barry M. Kurren, United States Magistrate Judge, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2:00 a.m./p.m. on 4-21-2006, OR to file a written disclosure in the above-entitled court, and serve a copy of it on the Plaintiffs or their attorney within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath. It must state whether you have or at the time of service:

　　a.　had any of the goods or effects of the Defendant above-named in your hands, and if so, their nature, amount and value; or

　　b.　were or are indebted to the Defendant, and if so, the nature and amount of the debt; or

　　c.　Defendant was in receipt from you of any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust, and if so, the amount or rate thereof.

You as garnishee are HEREBY ORDERED, to hold and secure from the time of service of this Summons, and until further order by the court, an amount of money which shall not exceed 120% of the amount outstanding of the judgment which totals $28,011.31, plus post judgment attorney's fees, interest and costs, as provided by H.R.S. Chapters 652 and 653, as amended.

*See* FEDERAL WAGE GARNISHMENT LAW, attached hereto as Exhibit "A", FOR APPLICABLE RESTRICTIONS.

(Singular includes plural and masculine includes feminine and neuter.)

DATED: Honolulu, Hawaii, _____MAR 0 7 2006_____.

SUE BEITIA
_____
Clerk, U.S. District Court, District of Hawaii

*[signature]*
Deputy Clerk, United States
District Court, District of Hawaii

---

*HAWAII CARPENTERS TRUST FUNDS ETC, Plaintiffs, vs. Defendant H N J 2, INC., dba ELIMA ENGINEERING and BANK OF HAWAII, FIRST HAWAIIAN BANK, AMERICAN SAVINGS BANK, CENTRAL PACIFIC BANK, and HAWAII NATIONAL BANCSHARES, INC., dba HAWAII NATIONAL BANK, Garnishees; United States District Court, District of Hawaii.; Civil No. 04-00667 SOM BMK;* **GARNISHEE SUMMONS**

132998.1                                    4