ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN            3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
E-mail: minkin@m4law.com

Attorney for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 12 o'clock and 05 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Ron Taketa, Dante Agra, Sidney Shimokawa, Lance Yoshimura, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Tim Kawana, Jon Tesoro, Mel Fujii, Curtis Kern, Patrick Borge, Sr. and Lloyd | CIVIL NO. 04-00667 SOM BMK<br><br>RETURN OF SERVICE ON GARNISHEE AMERICAN SAVINGS BANK |

133723.1

Kupau, Jr.; *Market Recovery* )
*Program* by its trustees Thalia )
Choy, Edmund Aczon, Steven )
Hidano, Claude Matsumoto, )
Gerard Sakamoto, Ronald Taketa, )
Mark Kapahu, Albert Belliveau, )
Glenn Young, Gerard Sakamoto, )
Jason Orita and Randy Perez; )
*Financial Security Fund* by its )
trustees Gordon L. Scruton, Lance )
Wilhelm, Conrad Murashige, )
Kenneth Sakurai, Bruce Soileau, )
Ralph Yackley, Loyce C. Morris, )
Ronald Taketa, James Watanabe, )
Brian Hedge, Kenneth Spence, )
Rockwell Rogers, Jr., Jack Reeves )
and Kealii Flood; *Retiree Medical* )
*Fund* by its trustees Henry Iida, )
Albert Hamamoto, Audrey Hidano, )
Glen Kaneshige, Paul C.K. Chang, )
Elmer Cabico, Ronald Taketa, Tim )
Kawana, Thomas Toma, Daniel )
Tom, Russell Young, Clifford )
Respicio, Keith Hirota and Miles )
Hokama; *401-K Fund* by its )
trustees Gordon Scruton, Conrad )
Murashige, Kenneth Sakurai, )
Lance Wilhelm, Bruce Soileau, )
Loyce C. Morris, Ronald Taketa, )
Ralph Yackley, James Watanabe, )
Brian Hedge, Kenneth Spence, )
Rockwell Rogers, Jr. and Kealii B. )
Flood) )
)
            Plaintiffs, )
)
     vs. )
)
)
)

133723.1

H N J 2, INC., dba ELIMA                )
ENGINEERING, a Hawaii                   )
corporation; JOHN DOES 1-100;           )
JANE DOES 1-100; DOE                    )
CORPORATIONS 1-100; DOE                 )
PARTNERSHIPS 1-100; DOE                 )
ENTITIES 1-100; DOE                     )
GOVERNMENTAL UNITS 1-100,               )
                                        )
            Defendants.                 )
                                        )
      and                               )
                                        )
BANK OF HAWAII, a Hawaii                )
corporation, FIRST HAWAIIAN             )
BANK, a Hawaii corporation,             )
AMERICAN SAVINGS BANK, a                )
Hawaii corporation, CENTRAL             )
PACIFIC BANK, a Hawaii                  )
corporation, and HAWAII                 )
NATIONAL BANCSHARES, INC.,              )
dba HAWAII NATIONAL BANK, a             )
Hawaii corporation,                     )
                                        )
            Garnishees.                 )
_____ )

## RETURN OF SERVICE ON GARNISHEE AMERICAN SAVINGS BANK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3/9/06   9:30 am |
| NAME OF SERVER (PRINT)  MARK A. PEACOCK | TITLE | MARK A. PEACOCK CIVIL PROCESS SERVER DEPARTMENT OF PUBLIC SAFETY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    AMERICAN SAVINGS BANK, thru LEA WATANABE, Admin. Assistant. 915 Fort Steet Mall Hon, HI 96813

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL          0 | SERVICES          $15.00 | TOTAL $0.00    $15.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/9/06
            Date                    Signature of Server

                    1111 Alakea St Hon, HI 96813
                    Address of Server

Leah Watanabe   3/9/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.