ORIGINAL

**McCORRISTON MILLER MUKAI MacKINNON LLP**

DAVID J. MINKIN                3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
E-mail: minkin@m4law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 12 o'clock and 05 min. P M
SUE BEITIA, CLERK

Attorney for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund*) by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Ron Taketa, Dante Agra, Sidney Shimokawa, Lance Yoshimura, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Tim Kawana, Jon Tesoro, Mel Fujii, Curtis Kern, Patrick Borge, Sr. and Lloyd | CIVIL NO. 04-00667 SOM BMK<br><br>RETURN OF SERVICE ON GARNISHEE HAWAII NATIONAL BANCSHARES, INC., DBA HAWAII NATIONAL BANK |

133723.1

Kupau, Jr.; *Market Recovery Program* by its trustees Thalia Choy, Edmund Aczon, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Ronald Taketa, Mark Kapahu, Albert Belliveau, Glenn Young, Gerard Sakamoto, Jason Orita and Randy Perez; *Financial Security Fund* by its trustees Gordon L. Scruton, Lance Wilhelm, Conrad Murashige, Kenneth Sakurai, Bruce Soileau, Ralph Yackley, Loyce C. Morris, Ronald Taketa, James Watanabe, Brian Hedge, Kenneth Spence, Rockwell Rogers, Jr., Jack Reeves and Kealii Flood; *Retiree Medical Fund* by its trustees Henry Iida, Albert Hamamoto, Audrey Hidano, Glen Kaneshige, Paul C.K. Chang, Elmer Cabico, Ronald Taketa, Tim Kawana, Thomas Toma, Daniel Tom, Russell Young, Clifford Respicio, Keith Hirota and Miles Hokama; *401-K Fund* by its trustees Gordon Scruton, Conrad Murashige, Kenneth Sakurai, Lance Wilhelm, Bruce Soileau, Loyce C. Morris, Ronald Taketa, Ralph Yackley, James Watanabe, Brian Hedge, Kenneth Spence, Rockwell Rogers, Jr. and Kealii B. Flood)    )
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

            Plaintiffs,     )
)
vs.                               )
)
)

133723.1

| | |
|---|---|
| H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100,<br><br>    Defendants.<br><br>  and<br><br>BANK OF HAWAII, a Hawaii corporation, FIRST HAWAIIAN BANK, a Hawaii corporation, AMERICAN SAVINGS BANK, a Hawaii corporation, CENTRAL PACIFIC BANK, a Hawaii corporation, and HAWAII NATIONAL BANCSHARES, INC., dba HAWAII NATIONAL BANK, a Hawaii corporation,<br><br>    Garnishees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### RETURN OF SERVICE ON GARNISHEE HAWAII NATIONAL BANCSHARES, INC., DBA HAWAII NATIONAL BANK

133723.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3/9/06  10:40 am |
| NAME OF SERVER (PRINT)  MARK A. PEACOCK | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   HAWAIIA NATIONAL BANK, thru SALLY KAM, Admin. Assistant, 45 N. King St 7th Fl Hon, HI 96817

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $2.00 | SERVICES  $15.00 | TOTAL  $0.00  $17.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/9/06
               Date            Signature of Server

               1111 Alakea St Hon, hI 96813
               Address of Server

Sally J. Kam, 3/9/06 9:40
SALLY J Kim
Admin. Asst.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.