ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at 2 o'clock and 28 min. PM
SUE BEITIA, CLERK

CHARLYN Y NISHIKI
AMERICAN SAVINGS BANK
PO BOX 2300
HONOLULU HAWAII 96804-2300
Telephone 808.545.6251

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (Health & Welfare Fund by its trustee, et al), <br><br> PLAINTIFF, <br><br> VS <br><br> H N J 2 INC dba ELIMA ENGINEERING, a Hawaii corporation, et al, <br><br> DEFENDANT. <br><br> and <br><br> AMERICAN SAVINGS BANK <br><br> GARNISHEE. | CIVIL NO. 04-00667 SOM BMK <br><br> ANSWER AND DISCLOSURE OF GARNISHEE AMERICAN SAVINGS BANK |

(CERTIFICATE OF SERVICE ATTACHED)

## ANSWER AND DISCLOSURE OF

## GARNISHEE AMERICAN SAVINGS BANK

Comes now AMERICAN SAVINGS BANK, a federal savings bank, hereinafter called the "Garnishee", for ANSWER AND DISCLOSURE to the garnishee process herein and says that, pursuant to H.R.S. 652-1(e), on March 09, 2006, the time of service of said process, Garnishee's branch records located within the State of Hawaii indicate that:

1. Garnishee had NO ACCOUNTS in its possession for safekeeping for H N J 2 INC DBA ELIMA ENGINEERING, a Hawaii corporation, hereinafter referred as "Defendant";

2. Garnishee did not have any goods or effects of Defendant in its possession, other than as above disclosed;

3. Garnishee did not have any monies of Defendant in its possession for safekeeping, other than above disclosed;

4. Defendant was not in receipt from Garnishee of any salary, stipend, wages, commissions, annuity or net income under a trust;

DATED: Honolulu, Hawaii, March 13, 2006.

_____
CHARLYN Y NISHIKI
Representative for Garnishee American
Savings Bank.

STATE OF HAWAII            )
                           )   SS.
CITY AND COUNTY OF HONOLULU )

**CHARLYN Y NISHIKI,** being first duly sworn on oath, deposes and says that she is the representative of **AMERICAN SAVINGS BANK,** and as such is authorized to make and does make this verification on its behalf; that she has read the foregoing answer and disclosure and that the contents of the same are true to the best of her knowledge and belief.

_____
CHARLYN Y NISHIKI
Representative for Garnishee American Savings Bank.

Subscribed and sworn to before me this
13th day of March, 2006
_____
Print or Type Name: Janice H Ohisa
Notary Public, State of Hawaii

My commission expires: Jan 28, 2008

## CERTIFICATE OF SERVICE

The undersigned does hereby certify and acknowledge that a copy of the attached ANSWER AND DISCLOSURE of AMERICAN SAVINGS BANK, was served upon DAVID K MINKIN, of McCORRISTON MILLER MUKAI MacKINNON LLP, at Five Waterfront Plaza, 4th Floor, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, by MAIL DELIVERY on March 13, 2006.

_____
CHARLYN Y NISHIKI
Representative for Garnishee American Savings Bank.