ORIGINAL

ANN C. TERANISHI (#7318)
Central Pacific Bank
P.O. Box 3590
Honolulu, Hawaii 96811
Telephone: (808) 544-6833

Attorney for Garnishee
 Central Pacific Bank

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 10 o'clock and 58 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, et al., ) ) ) Plaintiffs, ) ) vs. ) ) H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; et al., ) ) ) ) Defendants. ) ) | Civil No. 04-00667 SOM BMK  GARNISHEE DISCLOSURE FOR CENTRAL PACIFIC BANK  CERTIFICATE OF SERVICE |

## GARNISHEE DISCLOSURE FOR CENTRAL PACIFIC BANK

Pursuant and in response to that certain Garnishee Summons and Order issued and filed on March 6, 2006, in the United States District Court for the District of Hawaii, in the above-captioned case, CENTRAL PACIFIC BANK (herein referred to as "Garnishee"), one of the garnishees

memo2003-088                           1

named therein, does hereby state that at the time of service of said Garnishee Summons and Order upon Garnishee, and based on Garnishee's reasonable investigation of its records, and to the best of Garnishee's knowledge, information and belief, Garnishee is in possession of funds of H N J 2 INC., dba ELIMA ENGINEERING in the amount of $31,289.25 (the amount in such account being initially $31,384.25, but reduced by $95.00, to cover Garnishee's servicing fee for processing of this garnishment). Other than as set forth hereinabove, upon the date of service of said Garnishee Summons and Order upon Garnishee, Garnishee did not have any goods or effects of H N J 2, INC., dba ELIMA ENGINEERING (herein referred to as "Debtor") in its possession; Garnishee was not indebted to Debtor; Garnishee did not have any monies of Debtor in its possession; and, Debtor was not in receipt from Garnishee of any wages, salary, stipend, commissions, annuity or net income or portion of net income under a trust.

The undersigned, who is signing this disclosure on behalf of Central Pacific Bank, has read this disclosure and verifies that the statements made in this disclosure are true to the best of the undersigned's knowledge, information and belief, and the undersigned further makes this statement under penalty of perjury under the laws of the State of Hawaii.

DATED: Honolulu, Hawaii, MAR 1 3 2006 .

CENTRAL PACIFIC BANK

By *[signature]*

Ann C. Teranishi
Vice President & Legal Counsel

This signature page is attached to Garnishee Disclosure for Central Pacific Bank, in connection with HAWAII CARPENTERS TRUST FUNDS, et al., Plaintiffs, vs. H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; et al., Defendants, Civil No. 04-00667 SOM BMK.

## CERTIFICATE OF SERVICE

I hereby certify that on _____MAR 1 3 2006_____, a copy of the foregoing document was duly served by United States mail upon the following person at the address indicated below.

TO:  David J. Minkin
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza
500 Ala Moana Boulevard, 4th Floor
Honolulu, Hawaii  96813
(Attorney for Plaintiffs Trustees of the Hawaii Carpenters Trust Funds)

DATED:  Honolulu, Hawaii, MAR 1 3 2006 .

CENTRAL PACIFIC BANK

By _____
Ann C. Teranishi
Vice President & Legal Counsel

memo2003-088                              4