ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 2 2006

at 1 o'clock and 58 min. PM
SUE BEITIA, CLERK

HAWAII NATIONAL BANK
P.O. Box 3740
Honolulu, Hawaii 96812

Telephone No. 528-7711

GARNISHEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young, and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Ron Taketa, Dante Agra, Sidney Shimokawa, Lance Yoshimura, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Tim Kawana, Jon Tesoro, Mel Fujii, Curtis Kern, Patrick Borge, Sr. and Lloyd Kupau, Jr.; *Market Recovery Program* by its trustees Thalia Choy, Edmund Aczon, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Ronald Taketa, Mark Kapahu, Albert Belliveau, Glenn Young, Gerard Sakamoto, Jason Orita and Randy Perez; *Financial Security Fund* by its trustees Gordon L. Scruton, Lance Wilhelm, Conrad Murashige, Kenneth Sakurai, Bruce Soileau, Ralph Yackley, Loyce C. Morris, Ronald Taketa, James Watanabe, Brian Hedge, Kenneth Spence, Rockwell Rogers, Jr., Jack Reeves and Kealii Flood; *Retiree Medical Fund* by its trustees Henry Iida, Albert Hamamoto, Audrey Hidano, Glen Kaneshige, Paul C.K. Chang, Elmer Cabico, Ronald Taketa, Tim Kawana, Thomas Toma, Daniel Tom, Russell Young, Clifford Respicio, Keith Hirota and Miles Hokama; *401-K Fund* by its trustees Gordon Scruton, Conrad Murashige, Kenneth Sakurai, Lance Wilhelm, Bruce Soileau, Loyce C. Morris, Ronald Taketa, Ralph Yackley, James Watanabe, Brian Hedge, Kenneth Spence, Rockwell Rogers, Jr. and Kealii B. Flood) <br><br> Plaintiffs, <br> vs. <br><br> H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; JOHN DOES 1-100; JANE | Civil No. 04-00667 SOM BMK <br><br> ANSWER AND DISCLOSURE OF HAWAII NATIONAL BANK |

```
DOES 1-100; DOE CORPORATIONS 1-100; DOE      )
PARTNERSHIPS 1-100; DOE ENTITIES 1-100;       )
DOE GOVERNMENTAL UNITS 1-100;                  )
                                               )
                    Defendants,                )
                                               )
and                                            )
                                               )
HAWAII NATIONAL BANK, et al,                   )
                                               )
                    Garnishees.                )
                                               )
```

ANSWER AND DISCLOSURE OF HAWAII NATIONAL BANK

Comes now HAWAII NATIONAL BANK, (one) of the Garnishee(s) herein, and by way of Answer and Disclosure of the Garnishee Summons herein, alleges and avers as follows:

H N J 2 dba ELIMA ENGINEERING – NO ACCOUNTS

DATED: Honolulu, Hawaii March 20, 2006

                                HAWAII NATIONAL BANK,
                                (Garnishee)

                                By: _____
                                    Ernest T. Murata
                                    Sr. Executive Vice President & Cashier

Subscribed and sworn to before me.

Date: MAR 2 0 2006

_____
Mari B. McInturff
Notary Public, State of Hawaii
My Commission expires: OCT 1 7 2006

