BANK OF HAWAII
Legal & Custody Dept.
111 So. King Street, Suite 1610
Honolulu, Hawaii 96813

Tel. No. 537-8253

Garnishee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 9 2006

at __1__ o'clock and __45__ min __P__ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENERS TRUST FUNDS, ) <br> (*Health & Welfare Fund* by its trustees) <br> Albert Hamamoto, Audrey Hidano, ) <br> Henry Iida, Glen Kaneshige, Thomas ) <br> Toma, Daniel Tom, Elmer Cabico, Paul ) <br> C.K. Chang, Ronald Taketa, Melvin ) <br> Fujii, Clifford Resacio, Russell Young ) <br> and Keith Hirota; ) <br> *Apprenticeship & Training Fund* by ) <br> Its trustees James Ramirez, Russell ) <br> Ogata, Conrad Murashige, Robert ) <br> Donle, Ron Taketa, Dante Agra, Sidney ) <br> Shimokawa, Lance Yoshimura, Dean ) <br> Takahashi, and Russell Hiranaka; ) <br> *Vacation & Holiday Fund* by it ) <br> trustees James Watanabe, James ) <br> Ramirez, Gerard Sakamoto, Paul ) <br> Sasaki, Jiggs Tamashiro, Tim Kawana, ) <br> Jon Tesoro, Mel Fujii, Curtis Kern, ) <br> Patrick Borge, Sr. and Lloyd Kupau, Jr.; ) <br> *Market Recovery Program* by its ) <br> trustees Thalia Choy, Edmund Aczon, ) <br> Steven Hidano, Claude Matsumoto, ) <br> Gerard Sakamoto, Ronald Taketa, Mark ) <br> Kapahu, Albert Belliveau, Glenn Young, ) <br> Gerard Sakamoto, Jason Orita and ) <br> Randy Perez; ) <br> *Financial Security Fund* by its trustees ) <br> Gordon L. Scruton, Lance Wilhelm, ) <br> Conrad Murashige, Kenneth Sakurai, ) | CIVIL NO. 04-00667 SOM BMK <br><br> ANSWER AND DISCLOSURE <br> OF BANK OF HAWAII; <br> **CERTIFICATE OF SERVICE** |

Bruce Soileau, Ralph Yackley, Loyce C. )
Morris, Ronald Taketa, James )
Watanabe, Brian Hedge, Kenneth )
Spence, Rockwell Rogers, Jr., Jack )
Reeves and Kealii Flood; )
*Retiree Medical Fund* by its trustees )
Henry Iida, Albert Hamamoto, Audrey )
Hirano, Glen Kaneshige, Paul C.K. )
Chang, Elmer Cabico, Ronald Taketa, )
Tim Kawana, Thomas Toma, Daniel )
Tom, Russell Young, Clifford Respicio, )
Keith Hirota and Miles Hokama; )
*401 –K Fund* by its trustees Gordon )
Scruton, Conrad Murashige, Kenneth )
Sakurai, Lance Wilhelm, Bruce Soileau, )
Loyce C. Morris, Ronald Taketa, Ralph )
Yackley, James Watanabe, Brian )
Hedge, Kenneth Spence, Rockwell )
Rogers, Jr. and Kealii B. Flood) )
)
                Plaintiffs, )
)
vs. )
)
H N J 2, INC., dba ELIMA )
ENGINEERING, a Hawaii corporation; )
JOHN DOES 1-100; JANE DOES 1-100;)
DOE CORPORATIONS 1-100; DOE )
PARTNERSHIPS 1-100; DOE )
ENTITIES 1-100; DOE GOVERN- )
MENTALS UNITS 1-100, )
)
                Defendants. )
)
)
and )
)
)
BANK OF HAWAII, )
)
                Garnishee. )
)

## ANSWER AND DISCLOSURE OF BANK OF HAWAII

Comes now BANK OF HAWAII, the Garnishee named in the above-entitled action; and for Answer and Disclosure in response to the garnishee process herein says:

That at the time and place of service upon it of said garnishee process, to-wit:  At 9:25 a. m. on the 9th day of March, 2006, within the State of Hawaii, there were no funds on deposit with said Garnishee to the credit of **H N J 2, INC., dba ELIMA ENGINEERING.**

That other than as above disclosed at said time and place of service of process, this Garnishee were not indebted to said Defendants said Defendants were not in the employ of this Garnishee, this Garnishee did not have any goods or effects of the Defendants in its hands; and this Garnishee were not the agent, factor or trustee of the Defendants.

WHEREFORE, this Garnishee prays that it be discharged with its costs herein incurred.

Dated:  Honolulu, Hawaii, March 29, 2006

BANK OF HAWAII

By  [signature]
Assistant Vice President
and Manager

3

STATE OF HAWAII            )
                           )  SS.
CITY AND COUNTY OF HONOLULU )

**SCOTT I. TAKAHASHI,** being first duly sworn on oath, deposes and says that he is an Assistant Vice President and Manager of BANK OF HAWAII, and as such is authorized to make and does make this verification on its behalf; that he has read the foregoing answer and disclosure and that the contents of the same are true to the best of his knowledge and belief.

_____
SCOTT I. TAKAHASHI

Subscribed and sworn to before me
this  24th  day of  March , 2006

_____
Notary's Printed Name: Carol Y. Suzuki
Notary Public, State of Hawaii

My commission expires: Aug 9, 2009

L.2

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing BANK OF HAWAII'S RESPONSE TO GARNISHEE SUMMONS was duly mailed, postage prepaid, on March 29, 2006, by placing said copy in the United States mail addressed as follows:

>McCORRISTON MILLER MUKAI MacKINNON, LLP
>**David J. Minkin   #3639-0**
>Five Waterfront Plaza, 4th Floor
>500 Ala Moana Boulevard
>Honolulu, Hawaii  96813

Attorney for Plaintiffs,

Dated:  Honolulu, Hawaii, March 29, 2006.

SCOTT I. TAKAHASHI

5