McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile:  (808) 524-8293
E-mail:  minkin@m4law.com

Attorney for Plaintiffs Trustees
of the Hawaii Carpenters Trust Funds

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, (*Health & Welfare Fund* by its trustees Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund* by its trustees James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Ron Taketa, Dante Agra, Sidney Shimokawa, Lance Yoshimura, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund* by its trustees James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Tim Kawana, Jon Tesoro, Mel Fujii, Curtis Kern, Patrick Borge, Sr. and Lloyd | CIVIL NO. 04-00667 SOM BMK<br><br>RELEASE OF GARNISHEE HAWAII NATIONAL BANCSHARES, INC., DBA HAWAII NATIONAL BANK<br><br><br>**Judgment Debtor:**<br>H N J 2, INC., dba ELIMA ENGINEERING<br><br><br>**Garnishees:**<br>Bank of Hawaii<br>First Hawaiian Bank<br>American Savings Bank<br>Central Pacific Bank<br>Hawaii National Bancshares, Inc., dba Hawaii National Bank |

135286.1

| | |
|---|---|
| Kupau, Jr.; *Market Recovery Program* by its trustees Thalia Choy, Edmund Aczon, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Ronald Taketa, Mark Kapahu, Albert Belliveau, Glenn Young, Gerard Sakamoto, Jason Orita and Randy Perez; *Financial Security Fund* by its trustees Gordon L. Scruton, Lance Wilhelm, Conrad Murashige, Kenneth Sakurai, Bruce Soileau, Ralph Yackley, Loyce C. Morris, Ronald Taketa, James Watanabe, Brian Hedge, Kenneth Spence, Rockwell Rogers, Jr., Jack Reeves and Kealii Flood; *Retiree Medical Fund* by its trustees Henry Iida, Albert Hamamoto, Audrey Hidano, Glen Kaneshige, Paul C.K. Chang, Elmer Cabico, Ronald Taketa, Tim Kawana, Thomas Toma, Daniel Tom, Russell Young, Clifford Respicio, Keith Hirota and Miles Hokama; *401-K Fund* by its trustees Gordon Scruton, Conrad Murashige, Kenneth Sakurai, Lance Wilhelm, Bruce Soileau, Loyce C. Morris, Ronald Taketa, Ralph Yackley, James Watanabe, Brian Hedge, Kenneth Spence, Rockwell Rogers, Jr. and Kealii B. Flood) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )<br>)<br>) |

135286.1                                      2

| | |
|---|---|
| H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| BANK OF HAWAII, a Hawaii corporation, FIRST HAWAIIAN BANK, a Hawaii corporation, AMERICAN SAVINGS BANK, a Hawaii corporation, CENTRAL PACIFIC BANK, a Hawaii corporation, and HAWAII NATIONAL BANCSHARES, INC., dba HAWAII NATIONAL BANK, a Hawaii corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Garnishees. | ) ) |

RELEASE OF GARNISHEE HAWAII NATIONAL
BANCSHARES, INC., DBA HAWAII NATIONAL BANK

Plaintiffs TRUSTEES OF THE HAWAII CARPENTERS TRUST FUNDS, by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby release Garnishee HAWAII NATIONAL BANCSHARES, INC., DBA HAWAII NATIONAL BANK for the garnishment of Judgment Debtor H N J 2, Inc., dba Elima

135286.1                          3

Engineering, from the Order filed herein in the above-entitled matter on March 6, 2006.

      DATED: Honolulu, Hawaii, March 30, 2006.

                /S/ David J. Minkin
                DAVID J. MINKIN
                Attorney for Plaintiffs
                TRUSTEES OF THE HAWAII
                CARPENTERS TRUST FUNDS