McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                           3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile:  (808) 524-8293
E-mail:  minkin@m4law.com

Attorney for Plaintiffs TRUSTEES
OF THE HAWAII CARPENTERS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Albert Hamamoto, Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Daniel Tom, Elmer Cabico, Paul C.K. Chang, Ronald Taketa, Melvin Fujii, Clifford Resacio, Russell Young and Keith Hirota; *Apprenticeship & Training Fund by its trustees* James Ramirez, Russell Ogata, Conrad Murashige, Robert Donle, Ron Taketa, Dante Agra, Sidney Shimokawa, Lance Yoshimura, Dean Takahashi and Russell Hiranaka; *Vacation & Holiday Fund by its trustees* James Watanabe, James Ramirez, Gerard Sakamoto, Paul Sasaki, Jiggs Tamashiro, Tim Kawana, Jon Tesoro, Mel Fujii, Curtis Kern, Patrick Borge, Sr. and Lloyd | CIV. NO.: CV04-00667 SOM BMK<br><br>**CERTIFICATE OF SERVICE RE:** NOTICE OF SATISFACTION AND RELEASE OF FINAL JUDGMENT |

136484.1

| | |
|---|---|
| Kupau, Jr.; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Steven Hidano, Claude Matsumoto, Gerard Sakamoto, Ronald Taketa, Mark Kapahu, Albert Belliveau, Glenn Young, Jason Orita and Randy Perez; *Financial Security Fund by its trustees* Gordon L. Scruton, Lance Wilhelm, Conrad Murashige, Kenneth Sakurai, Bruce Soileau, Ralph Yackley, Loyce C. Morris, Ronald Taketa, James Watanabe, Kenneth Spence, Rockwell Rogers, Jr., Jack Reeves and Kealii Flood; *Retiree Medical Fund by its trustees* Henry Iida, Albert Hamamoto, Audrey Hidano, Glen Kaneshige, Paul C.K. Chang, Elmer Cabico, Ronald Taketa, Tim Kawana, Thomas Toma, Daniel Tom, Russell Young, Clifford Respicio, Keith Hirota and Miles Hokama; *401-K Fund by its trustees* Gordon Scruton, Conrad Murashige, Kenneth Sakurai, Lance Wilhelm, Bruce Soileau, Loyce C. Morris, Ronald Taketa, Ralph Yackley, James Watanabe, Brian Hedge, Kenneth Spence, Rockwell Rogers, Jr. and Kealii B. Flood, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|             Plaintiffs, | )<br>)<br>) |
|    vs. | ) |

136484.1                                            2

| | |
|---|---|
| H N J 2, INC., dba ELIMA ENGINEERING, a Hawaii corporation; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE RE:**

NOTICE OF SATISFACTION AND RELEASE OF FINAL JUDGMENT

　　　　The undersigned hereby certifies that a copy of the NOTICE OF SATISFACTION AND RELEASE OF FINAL JUDGMENT will be served on the following via U.S. Mail, postage prepaid, at the address listed below, on May 1, 2006:

> H N J 2, INC. dba ELIMA ENGINEERING
> Mokulele Baseyard
> Puunene, Hawaii  96784

　　　　DATED: Honolulu, Hawaii, May 1, 2006.

　　　　　　　　　　　　　　　　　　/s/ David J. Minkin
　　　　　　　　　　　　　　　　　　DAVID J. MINKIN
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　TRUSTEES OF THE HAWAII
　　　　　　　　　　　　　　　　　　CARPENTERS TRUST FUNDS

136484.1　　　　　　　　　　　　　3